UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY (Trenton)

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
2015-3070

Powers Kirn, LLC
ecf@powerskirn.com
William M. E. Powers III
Angela C. Pattison
728 Marne Highway, Suite 200
Moorestown, NJ 08057
(856) 802-1000
Attorney for Wells Fargo Bank, N.A.

In Re:

Anbalagan George

Case No.: 16-15513-CMG

Chapter: 13

Hearing Date:

Judge: Honorable Christine M. Gravelle

Oral Argument Waived

## CERTIFICATION OF CREDITOR REGARDING POST-PETITION PAYMENT HISTORY
## (NOTE AND MORTGAGE DATED May 23, 2013)

**Courtney Buchanan** of full age, employed as **Vice President Loan Documentation** by Wells Fargo Bank, N.A., ("Wells Fargo") and am authorized to sign this certification on behalf of Wells Fargo, hereby certifies the following:

Recorded on June 11, 2013, in Middlesex County, in Book 15321 at Page 709

Property Address: 72 Dahlia Court, Piscataway, NJ 08854

Mortgage Holder: Wells Fargo Bank, N.A.

Mortgagor(s)/Debtor(s): Anbalagan George

POST-PETITION PAYMENTS (Petition filed on March 23, 2016)

| Amount Due | Date Payment Was Due | How Payment Was Applied (Mo./Yr.) | Amount Received | Date Payment Received | Check or Money Order Number |
|---|---|---|---|---|---|
|  |  | Loan Mod Effective | 2/14/2017 |  |  |
| 1.    $3,183.31 | 3/1/2017 | 3/1/2017 | $3,183.31 | 4/3/2017 | N/A |
| 2.    $3,183.31 | 4/1/2017 | 4/1/2017 | $3,183.31 | 6/30/2017 | N/A |
|  |  | debtor suspense | $0.83 | 7/11/2017 | N/A |

| | | | | | | |
|---|---|---|---|---|---|---|
| 3. | $3,183.31 | 5/1/2017 | N/A | N/A | N/A | N/A |
| 4. | $3,183.31 | 6/1/2017 | N/A | N/A | N/A | N/A |
| 5. | $3,183.31 | 7/1/2017 | N/A | N/A | N/A | N/A |
| 6. | $3,183.31 | 8/1/2017 | N/A | N/A | N/A | N/A |
| 7. | $3,183.31 | 9/1/2017 | N/A | N/A | N/A | N/A |
| TOTAL: | $22,283.17 | | | $6,367.45 | | |

[Continue on attached sheets if necessary.]

Monthly payments past due: __5__ mos. x $ 3,183.31

(Monthly payment + late charge) = $ 3,183.31 as of 9/13/2017.

Each current monthly payment is comprised of:

    Principal      $ 1,840.12

    Interest      $ 0.00

    R.E. Taxes:      $ 0.00

    Insurance:      $ 0.00

    Late Charge:      $ 0.00

    Other      $ 1,343.19      (Specify: Escrow)

    TOTAL      $ 3,183.31

If the monthly payment changed during the pendency of the case, please explain (attach separate sheet(s) if necessary):

_____N/A_____

Pre-petition arrears: _____ to _____ (___ mos. x $_____/mo. = $_____)

I certify under penalty of perjury that the above is true.

Date: 9/14/2017____

*Courtney Buchanan* (signature)
Signature
Courtney Buchanan
Vice President Loan Documentation
Wells Fargo Bank, N.A.

rev.    8/1/15